No. 63807.—Spiratone, Inc., and Ad. M. Schmid & Co. v. United States, protest 58/11012 (New York).

Opinion by OLIVER, C. J.  In accordance with oral stipulation of counsel that the merchandise is the same in all material respects as that the subject of Abstract 61631, the claim of the plaintiffs was sustained.

No. 63808.—Zacho and James Loudon & Co., Inc. v. United States, protest 58/21127 (Los Angeles).

Opinion by MOLLISON, J.  In accordance with stipulation of counsel that the merchandise consists of chairs similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 C.C.P.A. 39, C.A.D. 669), the claim of the plaintiffs was sustained.

No. 63809.—Frank P. Dow Co., Inc. v. United States, protest 58/23579(B) (Los Angeles).

Opinion by MOLLISON, J.  In accordance with stipulation of counsel that the merchandise consists of chairs similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 C.C.P.A. 39, C.A.D. 669), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, FEBRUARY 15, 1960

No. 63810.—Humphrey & MacGregor, Inc. (Balex Company, Incorporated) v. United States, protests 276118–K and 265789–K (Tampa).

OLIVER, Chief Judge:  These protests relate to certain lead pipe that was classified under the provision for "scrap lead" in paragraph 392 of the Tariff Act of 1930, as amended, with a duty assessment at the rate of 1 1/16 cents per pound. Plaintiffs claim that the merchandise is entitled to free entry under the provision for "Articles of which metal is the component material of chief value, other than ores or concentrates or crude metal, imported to be used in remanufacture by melting," of the Act of March 13, 1942 (56 Stat. 171), as extended and amended by Public Law 869 of September 30, 1950 (64 Stat. 1093), and Public Law 678 of August 27, 1954 (68 Stat. 882).

The pertinent provisions of Public Law 869, *supra*, are as follows:

* * * Sec. 1. (a)   No duties or import taxes shall be levied, collected, or payable under the Tariff Act of 1930, as amended, or under section 3425 of the